People v Concepcion (2023 NY Slip Op 03663)

People v Concepcion

2023 NY Slip Op 03663

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND MONTOUR, JJ. (Filed June 30, 2023.) 

MOTION NO. (1003/99) KA 98-08382.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ROBERTO CONCEPCION, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.